IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marlyn Nutraceuticals, Inc., | ) | No. CV 07-12-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Mucos Pharma GmbH & Co., | ) | |
| Defendant. | ) | |

Before the Court is Defendant Mucos Pharma GmbH. & Co.'s ("Mucos") Motion for Preliminary Injunction. The motion will be granted. The Court's findings of facts and conclusions of law will be issued within 14 days from the date of this order.

Accordingly,

**IT IS ORDERED** that Mucos' motion (Doc. 67) is granted.

**IT IS FURTHER ORDERED** that:

(1) a preliminary injunction is entered enjoining Marlyn Nutraceuticals, Inc. ("Marlyn") from using Mucos' federally registered WOBENZYM® mark;

(2) Marlyn shall cease using "Wobenzym," "Wobenzym®" and "Wobenzym®N" in any fashion, including on its www.naturallyvitamins.com website;

(3) Marlyn shall suspend use of the website "www.wobenzym.com" and post the following notice: "Marlyn is not currently distributing WOBENZYM®N;"

1    (4) Marlyn shall recall all misbranded product;

2    (5) Marlyn shall destroy all misbranded labels and/or containers; and

3    (6) Marlyn shall pay restitution to every consumer who purchased the misbranded

4 WOBENZYM®N product.

6    DATED this 13th day of November, 2007.

_____
Roslyn O. Silver
United States District Judge

- 2 -