IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Marlyn Nutraceuticals, Inc.,          )     No. CV 07-12-PHX-ROS
                                      )
            Plaintiff,                )     **ORDER**
                                      )
vs.                                   )
                                      )
Mucos Pharma GmbH & Co.,              )
                                      )
            Defendant.                )
                                      )
_____)

Before the Court is Defendant's Motion to Substitute Exhibits.

**IT IS ORDERED** that this Motion (Doc. 120) is **GRANTED.**

DATED this 15th day of November, 2007.

Roslyn O. Silver
United States District Judge